IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT THELANDER,

    Petitioner,

    v.

ANTHONY KANE, Warden, BOARD OF PRISON TERMS, ARNOLD SCHWARZENEGGER, Governor,

    Respondents.

No. C 05-4689 CW

ORDER TO SHOW CAUSE

---

    Petitioner, a State prisoner, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, the Court hereby issues the following orders:

    Respondent shall file with this Court and serve upon the Petitioner and Petitioner's counsel, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer a copy of all portions of the State trial record that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

    If Petitioner wishes to respond to the answer, he

shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

DATED: NOV 29 2005

CLAUDIA WILKEN
United States District Judge

Copies mailed as noted on attached sheet

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Thelander,

          Plaintiff,

v.

Kane et al,

          Defendant.

Case Number: CV05-04689 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve M. Defilippis        (electronically)
Picone & Defilippis, APLC
625 N. First Street
San Jose, CA 95112

Attorney General
State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Susan L. Fisher, Chairwoman

Board of Parole Hearings (formerly Board of Prison Terms)
1515 K St., Suite 600
Sacramento, CA 95814

Anthony Kane, Warden (A)
Highway 101 North *
P.O. Box 686
Soledad, CA 93960-0686

**Governor Arnold Schwarzenegger**
State Capitol Building
Sacramento, CA 95814

Dated: November 29, 2005

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk