1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9  SCOTT THELANDER,
                                              No. 05-04689 CW
10           Petitioner,
                                              ORDER VACATING
11      v.                                    AUGUST 1, 2007
                                              JUDGMENT AND
12  ANTHONY KANE, Warden,                     DISMISSING
                                              PETITION AS MOOT
13           Respondent.

14  _____/

15

16      Petitioner Scott Thelander filed a petition for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254 alleging that his right

18  to due process was violated when he was denied parole.  On August

19  1, 2007, the Court entered judgment in favor of Petitioner.  On

20  August 14, 2007, Respondent filed a notice of appeal.  On August

21  17, 2007, the Court granted Respondent's motion for stay of

22  judgment pending resolution of his appeal.  On January 13, 2011,

23  the Ninth Circuit issued an order dismissing the appeal as moot for

24  lack of a case or controversy because, during the pendency of the

25  appeal, the California Board of Parole Hearings (Board) held

26  another hearing and found Petitioner suitable for parole.  On

27  February 7, 2011, the Ninth Circuit entered its mandate.

28      Because Petitioner has been granted parole, his petition is

**United States District Court**
**For the Northern District of California**

now moot.   The August 1, 2007 judgment will be vacated and an

amended judgment will be entered dismissing the petition as moot.

        IT IS SO ORDERED.


Dated: 2/10/2011

CLAUDIA WILKEN
United States District Judge

2